# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-20029
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 30, 2012

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SERGIO GALLARDO ROSA, also known as Sergio Rene Gallardo, also known as Javier Arango, also known as Isauro Isialemus Ambrocio, also known as Manuel A. Solis Pineda, also known as Manuel Ruiez, also known as Jose Victor Silva, also known as Jorge Davila, also known as Julio Somayoa, also known as Sergio Victor Gallardo-Rosa, also known as Victor Gallardo-Rosa, also known as Sergio Victor Rosa-Gallardo, also known as Ascencion Garcia Martinez, also known as Sergio Gallardorosa, also known as Sergio Victor Rosa Gallardo,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-503-1

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Sergio Gallardo Rosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-20029

Rosa has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.